**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| CHERYL WEAVER, | ) | CAUSE NO. 2:19-cv-00041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPEEDWAY LLC | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Thomas L. Davis, counsel for defendant Speedway LLC, states:

1.     On July 25, 2018, plaintiff filed her Complaint against defendant Speedway Gas Station in the Lake Superior Court of Indiana, under Cause No. 45D04-1807-CT-372.

2.     On December 27, 2018, plaintiff filed her First Amended Complaint against defendant Speedway LLC in the Lake Superior Court of Indiana, under Cause No. 45D04-1807-CT-372.

3.     Speedway LLC is a Delaware limited liability company with its principal place of business in Ohio with a sole member, MPC Investment LLC. MPC Investment LLC is a Delaware limited liability company with its principal place of business in Ohio with a sole member, Marathon Petroleum Corporation. Marathon Petroleum Corporation is a Delaware corporation with its principal place of business in Ohio.

4.     Plaintiff is a citizen of the state of Indiana.

5.     The matter in controversy exceeds $75,000.00, exclusive of interests and costs; this action does not arise under the Workmen's Compensation laws of any state; is not brought

against a common carrier or its receivers or trustees; does not arise under 45 U.S.C. §§ 51-60; and, therefore, this cause is removable to this Court under 28 U.S.C. § 1441(b).

6.      This Notice of Removal is being filed with this Court within 30 days after receipt of paper, specifically plaintiff's discovery responses, from which it was first ascertained that this case is now applicable for removal to this Court under 28 U.S.C. § 1446(b)(3).

7.      Copies of all process, pleadings, and orders served upon petitioner in the state court action are attached hereto.  Promptly hereafter, written notice will be given to all adverse parties and to the Clerk of the Lake Superior Court of Indiana, that this Petition for Removal is being filed with this Court.

WHEREFORE, defendant Speedway LLC prays that the entire state court action, under Cause No. 45D04-1807-CT-372, now pending in the Lake Superior Court of Indiana, be removed to this Court for all further proceedings.

FROST BROWN TODD LLC

By:                     */s/Thomas L. Davis*
                    Thomas L. Davis, #4423-49
                    Attorneys for Defendant

2

## <u>CERTIFICATE OF SERVICE</u>

Service of the foregoing was made by placing a copy of the same into the United States

Mail, first class postage prepaid, this 25th day of January, 2019, addressed to:

Robert A. Montgomery
161 North Clark Street
Suite 3050
Chicago, IL  60601


                                                */s/Thomas L. Davis*
                                       Thomas L. Davis


FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P. O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
tdavis@fbtlaw.com


0126183.0713567   4827-2489-8694v1