## IN THE LAKE COUNTY CIRCUIT/SUPERIOR COURT

CHERYL WEAVER,      )
             )
  Plaintiff,        )
             ) 45D04-1807. C+-37D
    v.         ) Court No.:
             ) **Filed in Clerks**
SPEEDWAY GAS STATION,   )
             ) **JUL 25 2018**
  Defendant.       )

*Michael A. Brown*
CLERK LAKE CIRCUIT COURT

### COMPLAINT

NOW COMES the Plaintiff, by Attorney Robert A. Montgomery, and complains of the Defendant, as follows:

1. That on and before December 14, 2017, the Defendant owned, operated, supervised and/or maintained the premises, as a gas station located at 4705 Calumet Ave, Indiana 46327.

2. On said date, the Defendant owned, controlled, and/or maintained the entrance and exit area leading into and from its premises.

3. On said date, the Defendant invited the general public onto its premises and knew or should have known that persons would exit from premises onto an uneven walking surface.

4. That the uneven walking surface caused a dangerous condition for persons walking into and out of the Defendant's grocery store.

5. On the above date, the Plaintiff was a invitee of the Defendant and exiting the premises from the main entrance at the above location, when the uneven walking surface caused her to lose her balance, stumble and fall injuring herself.

6. At all times herein mentioned, it was the duty of the Defendant to exercise a

and duties and will lose sums on account thereof, and has become liable for sums of money for medical care and hospital care and attention in endeavoring to be cured of the injuries caused by said occurrence.

WHEREFORE, the Plaintiff demands judgment against the Defendant in a sum that is reasonable in the premises. Plaintiff further demands trial by jury.

Respectfully submitted,

Robert A. Montgomery
Attorney at Law

Robert A. Montgomery
Attorney at Law
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
T: (312) 236-7700; F: (312) 605-8808
E: rm@rmontlaw.com
Attorney Code 9327-98