AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHERYL WEAVER,

        Plaintiff,

v.                                         Civil Action No. 2:19-cv-00041

SPEEDWAY LLC,
SPEEDWAY GAS STATION, termed 12/27/2018,

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other: Judgment ENTERED in favor of Defendant Speedway LLC and against Plaintiff Cheryl Weaver.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Magistrate Judge John E. Martin on a Motion for Summary Judgment by Defendant.

DATE: April 22, 2021                             ROBERT N. TRGOVICH, CLERK OF COURT

                                                                     By: s/ L. Higgins-Conrad
                                                                       *Signature of Deputy Clerk*