**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| CHERYL WEAVER, | ) |
| Plaintiff, | ) **NOTICE OF APPEAL** |
| | ) CAUSE NO. 2:19-cv-00041-JTM-JEM |
| v. | ) |
| SPEEDWAY LLC | ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Cheryl Weaver hereby appeals to the United States Court of Appeals for Seventh Circuit from the Judgement entered April 22, 2021 granting Defendant's Motion for Summary Judgement dismissing Plaintiff's claims and denying Plaintiff's Motion for Summary Judgement.

Respectfully submitted,

/s/ Robert A. Montgomery
Robert A. Montgomery

Robert A. Montgomery
Attorney at Law
3527 Ridge Road
Highland, Indiana 46322
Telephone: 219-923-7000
Facsimile: 219-838-8343
E-Mail: rm@rmontlaw.com