# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 6, 2022

To:  Gary T. Bell
     UNITED STATES DISTRICT COURT
     Northern District of Indiana
     Hammond, IN 46320-0000

| | |
|---|---|
| | CHERYL WEAVER,<br>          Plaintiff - Appellant |
| No. 21-1957 | v. |
| | SPEEDWAY, LLC,<br>          Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:19-cv-00041-JEM<br>Northern District of Indiana, Hammond Division<br>Magistrate Judge John E. Martin | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**     (form ID: **135**)